UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER CORPORATION )
)
          Plaintiff, )   **APPEARANCE**
)
v. )   Civil Action No.
)   1:07-01888-HHK
BROTHERHOOD OF MAINTENANCE OF WAY )
EMPLOYES, A DIVISION OF THE TEAMSTERS )
RAIL CONFERENCE, INTERNATIONAL )
BROTHERHOOD OF TEAMSTERS; BROTHERHOOD )
OF RAILROAD SIGNALMEN; NATIONAL )
CONFERENCE OF FIREMEN & OILERS, SEIU; )
AMERICAN TRAIN DISPATCHERS ASSOCIATION; )
and PASSENGER RAIL LABOR BARGAINING )
COALITION )
)
          Defendants. )

To the Clerk of this court and all parties of record:

      Please enter the appearance of Roland P. Wilder, Jr. as counsel in this case for defendants Brotherhood Of Maintenance Of Way Employes, A Division of the Teamsters Rail Conference, International Brotherhood of Teamsters; Brotherhood of Railroad Signalmen; National Conference Of Firemen & Oilers, SEIU; American Train Dispatchers Association; and Passenger Rail Labor Bargaining Coalition.

Dated: November 19, 2007        /s/ Roland P. Wilder, Jr._____

DC Bar No. 69609                  Roland P. Wilder, Jr.
                                       BAPTISTE & WILDER, P.C.
                                       1150 Connecticut Ave., N.W.
                                       Suite 500
                                       Washington, D.C. 20036
                                       Tel: (202) 223-0723
                                       Fax: (202) 223-9677

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2007 a true and correct copy of the foregoing Appearance was served on counsel for plaintiff via the Court's ECF System.

/s/ Roland P. Wilder, Jr.
Roland P. Wilder, Jr.