UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROTHERHOOD OF MAINTENANCE OF WAY )<br>EMPLOYES, A DIVISION OF THE TEAMSTERS )<br>RAIL CONFERENCE, INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS; BROTHERHOOD )<br>OF RAILROAD SIGNALMEN; NATIONAL )<br>CONFERENCE OF FIREMEN & OILERS, SEIU; )<br>AMERICAN TRAIN DISPATCHERS ASSOCIATION; )<br>and PASSENGER RAIL LABOR BARGAINING )<br>COALITION )<br>)<br>Defendants. ) | <u>Civil Action No.</u><br>1:07-01888-HHK |

**PROPOSED ORDER**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:07-01888-HHK |
| BROTHERHOOD OF MAINTENANCE OF WAY ) | |
| EMPLOYES, A DIVISION OF THE TEAMSTERS ) | |
| RAIL CONFERENCE, INTERNATIONAL ) | |
| BROTHERHOOD OF TEAMSTERS; BROTHERHOOD ) | |
| OF RAILROAD SIGNALMEN; NATIONAL ) | |
| CONFERENCE OF FIREMEN & OILERS, SEIU; ) | |
| AMERICAN TRAIN DISPATCHERS ASSOCIATION; ) | |
| and PASSENGER RAIL LABOR BARGAINING ) | |
| COALITION ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction, the arguments and affidavits filed in connection therewith, and the Court being fully advised,

It is hereby **ORDERED** that Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction is granted. This case is dismissed for lack of subject matter jurisdiction.

SIGNED this ____ day of _____, 200_.

_____
Hon. Henry H. Kennedy
United States District Court Judge

Attorneys entitled to notice:

Roland P. Wilder, Jr.
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
Tel: (202) 223-0723
Fax: (202) 223-9677

Thomas E. Reinert, Jr.
Jonathan C. Fritts
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2007 a true and correct copy of the foregoing Proposed Order was served on counsel for plaintiff via the Court's ECF System.

                                                      /s/ Roland P. Wilder, Jr.
                                                      Roland P. Wilder, Jr.