## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | **1:07-cv-01888** |
| **v.** | : | |
| | : | |
| **INTERNATIONAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### JOINT MOTION TO STAY PROCEEDINGS DURING
### PRESIDENTIAL EMERGENCY BOARD PROCEDURE

The parties, through their undersigned counsel, hereby jointly move to stay the proceedings in this case while their underlying collective bargaining dispute is heard by a Presidential Emergency Board ("PEB"). A PEB will be established on December 1, 2007 and will issue its recommendations concerning the collective bargaining dispute by December 31, 2007. The parties make this motion to conserve the Court's resources, as the PEB's recommendations may serve to resolve the underlying collective bargaining dispute, making further litigation in this case unnecessary.

Pursuant to the Railway Labor Act ("RLA"), the National Mediation Board ("NMB") released the parties from mediation on November 1, 2007, thereby triggering the statutory 30-day cooling off period. In order to avert a potential strike or other self-help when the cooling off period expires on December 1, 2007, the President of the United States issued Executive Order on November 28, 2007 establishing a PEB effective 12:01 a.m. on December 1, 2007 to investigate the collective bargaining dispute between Amtrak and the Defendant unions and

make recommendations for resolution of the dispute.  See November 28, 2007 Executive Order, attached hereto as Exhibit A.  The PEB has 30 days from the date of appointment to conduct its investigation and issue its report to the President.

On November 20, 2007, the Defendants filed their motion to dismiss Amtrak's complaint for lack of subject matter jurisdiction.  Currently, Amtrak's response to this motion is due to be filed by November 30, 2007.  Because the PEB will be appointed on December 1, 2007, the parties jointly request that the Court grant this motion to stay further proceedings in this case until the PEB issues its recommendations to the President, pursuant to the parties' stipulation.  See Stipulation Regarding Stay of Proceedings, attached hereto as Exhibit B.

Respectfully submitted,

Dated: November 29 2007

/s/_____
Thomas E. Reinert, Jr. (D.C. Bar # 336867)
Jonathan C. Fritts (D.C. Bar #  464011)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Counsel for Plaintiff*
*National Railroad Passenger Corporation*

OF COUNSEL:
William Herrmann
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3971

Dated: November 29, 2007

/s/_____
Roland P. Wilder, Jr. (D.C. Bar # 69609)
Stefan P. Sutich (D.C. Bar # 493451)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723

2

*Counsel for Defendants Brotherhood of Maintenance of Way Employes, IBT, Brotherhood of Railway Signalmen, National Conference of Firemen and Oilers, American Train Dispatchers Association, and Passenger Rail Labor Bargaining Coalition*





For Immediate Release
Office of the Press Secretary
November 28, 2007

## Executive Order: Establishing An Emergency Board to Investigate Disputes Between the National Railroad Passenger Corporation and Certain of Its Employees Represented by Certain Labor Organizations

Disputes exist between National Railroad Passenger Corporation (Amtrak) and certain of its employees represented by certain labor organizations. The labor organizations involved in these disputes are designated on the attached list, which is made a part of this order.

White House News

The disputes have not heretofore been adjusted under the provisions of the Railway Labor Act, as amended (45 U.S.C. 151 *et seq*.) (RLA).

In the judgment of the National Mediation Board, these disputes threaten substantially to interrupt interstate commerce to a degree that would deprive sections of the country of essential transportation service.

NOW, THEREFORE, by the authority vested in me as President by the Constitution and the laws of the United States, including section 10 of the RLA (45 U.S.C. 160), it is hereby ordered as follows:

Section 1. Establishment of Emergency Board (Board). There is established, effective 12:01 a.m. eastern standard time on December 1, 2007, a Board of five members to be appointed by the President to investigate and report on these disputes. No member shall be pecuniarily or otherwise interested in any organization of railroad employees or any carrier. The Board shall perform its functions subject to the availability of funds.

Sec. 2. Report. The Board shall report to the President with respect to the disputes within 30 days of its creation.

Sec. 3. Maintaining Conditions. As provided by section 10 of the RLA, from the date of the creation of the Board and for 30 days after the Board has submitted its report to the President, no change in the conditions out of which the disputes arose shall be made by the parties to the controversy, except by agreement of the parties.

Sec. 4. Records Maintenance. The records and files of the Board are records of the Office of the President and upon the Board's termination shall be maintained in the physical custody of the National Mediation Board.

Sec. 5. Expiration. The Board shall terminate upon the submission of the report provided for in section 2 of this order.

GEORGE W. BUSH

THE WHITE HOUSE,
November 28, 2007.

# # #

LABOR ORGANIZATIONS

Brotherhood of Maintenance of Way Employes
International Brotherhood of Electrical Workers
International Association of Machinists and Aerospace Workers

Brotherhood of Railroad Signalmen
Joint Council of Carmen, comprised of the Transportation Communications International Union/Brotherhood
Railway Carmen Division and the Transport Workers Union of America
American Train Dispatchers Association
National Conference of Firemen & Oilers/Service Employees International Union
Transportation Communications International Union – American Railway and Airline Supervisors Association

**Return to this article at:**
http://www.whitehouse.gov/news/releases/2007/11/20071128-3.html

 CLICK HERE TO PRINT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** : | |
| : | |
| **Plaintiff,** : | **Civil Action No.** |
| : | **1:07-cv-01888** |
| **v.** : | |
| : | |
| **INTERNATIONAL BROTHERHOOD OF MAINTENANCE** : | |
| **OF WAY EMPLOYES, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## STIPULATION REGARDING STAY OF PROCEEDINGS

It is hereby stipulated by and between the parties, through their respective counsel, as follows:

1.     The parties agree to stay this case until the issuance of a report by the Presidential Emergency Board ("PEB") that will be established with respect to Amtrak and the Defendant unions on December 1, 2007.

2.     Amtrak's response to the Defendant unions' motion to dismiss shall be due within 10 days after the date of issuance of a report by the PEB.  New matters may be responded to by the Defendants in replying to the Plaintiff's response.

3.     In the event any labor dispute involving the Defendant unions disrupts Amtrak's operations, the stay will be lifted and the parties may pursue whatever motions they deem

appropriate before the Court consistent with the local and federal rules; provided, that any

application for preliminary or temporary injunctive relief shall be made before January 19, 2008.

Roland P. Wilder, Jr. (D.C. Bar # 69609)
Stefan P. Sutich (D.C. Bar # 493451)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723

*Counsel for Defendants Brotherhood of
Maintenance of Way Employes, IBT,
Brotherhood of Railway Signalmen,
National Conference of Firemen and Oilers,
American Train Dispatchers Association, and
Passenger Rail Labor Bargaining Coalition*

Thomas E. Reinert, Jr. (D.C. Bar # 736867)
Jonathan C. Fritts (D.C. Bar # 464011)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Counsel for Plaintiff
National Railroad Passenger Corporation*

1-WA/2863602.3

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | : | |
| **Plaintiff,** | : | **Civil Action No.** |
|  | : | **1:07-cv-01888** |
| **v.** | : | |
| **INTERNATIONAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Stay Proceedings During Presidential Emergency Board Procedure, it this _____ day of _____, 2007 hereby ORDERED that:

The proceedings in this case shall be stayed pending issuance of a report of recommendations by the Presidential Emergency Board established by an Executive Order issued on November 28, 2007 with respect to Amtrak and the Defendant unions, pursuant to the parties' stipulation.

IT IS SO ORDERED.

_____
Henry H. Kennedy
United States District Judge