UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, A Division of the Teamsters Rail Conference, International Brotherhood of Teamsters, et al.,<br>　　　　　　　Defendants. | Civil Action 07-01888  (HHK) |

ORDER TO STAY

Upon consideration of the parties' joint motion to stay proceedings during Presidential Emergency Board procedure[#5], it is this 30th day of November, 2007, hereby,

**ORDERED** that the proceedings in this case shall be stayed pending issuance of a report of recommendations by the Presidential Emergency Board established by an Executive Order issued on November 28, 2007 with respect to Amtrak and the defendant unions, pursuant to the parties' stipulation.

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge