IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | : <br> : <br> : |
| **Plaintiff,** | : Civil Action No. <br> : 1:07-cv-01888 |
| v. | : <br> : |
| **INTERNATIONAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, et al.,** | : <br> : <br> : |
| **Defendants.** | : <br> : |

## JOINT MOTION TO STAY PROCEEDINGS DURING COOLING OFF PERIOD

The parties, through their undersigned counsel, hereby jointly move to stay the proceedings in this case during the thirty day cooling off period, pursuant to the Railway Labor Act ("RLA"), 45 U.S.C. § 160, which expires at 12:01 a.m. on January 30, 2008. The parties make this motion to conserve the Court's resources and to avoid motion practice before the Court while the parties are negotiating to avoid a strike.

Pursuant to the Railway Labor Act ("RLA"), the National Mediation Board ("NMB") released the parties from mediation on October 31, 2007, thereby triggering the first statutory 30-day cooling off period. On December 1, 2007, the President of the United States appointed a Presidential Emergency Board ("PEB") to investigate the collective bargaining dispute between Amtrak and the Defendant unions and the PEB made its Report to the President on December 30, 2007. A second thirty day cooling off period began on December 31, 2007 and concludes on January 30, 2008.

1-WA/2863502.5

On November 20, 2007, the Defendants filed their motion to dismiss Amtrak's complaint for lack of subject matter jurisdiction. On November 30, 2007, the Court issued an Order staying proceedings pending issuance of a PEB Report.

The parties jointly request that the Court grant this motion to stay further proceedings in this case until the conclusion of the 30-day cooling off period, pursuant to the parties' stipulation (attached hereto as Exhibit A). A proposed Order is attached as Exhibit B.

                                        Respectfully submitted,

| | |
|---|---|
| Dated: January 11, 2008 | /s/_____<br>Thomas E. Reinert, Jr. (D.C. Bar # 336867)<br>Jonathan C. Fritts (D.C. Bar # 464011)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000<br><br>*Counsel for Plaintiff*<br>*National Railroad Passenger Corporation* |
| Dated: January 11, 2008 | /s/_____<br>Roland P. Wilder, Jr. (D.C. Bar # 69609)<br>Stefan P. Sutich (D.C. Bar # 493451)<br>BAPTISTE & WILDER, P.C.<br>1150 Connecticut Ave., N.W.<br>Suite 500<br>Washington, D.C. 20036<br>(202) 223-0723<br><br>*Counsel for Defendants Brotherhood of*<br>*Maintenance of Way Employes, IBT,*<br>*Brotherhood of Railway Signalmen,*<br>*National Conference of Firemen and Oilers,*<br>*American Train Dispatchers Association,*<br>*and Passenger Rail Labor Bargaining*<br>*Coalition* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, et al.,<br><br>Defendants. | Civil Action No.<br>1:07-cv-01888 |

### STIPULATION REGARDING STAY OF PROCEEDINGS

It is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The parties agree to stay this case until completion of the thirty (30) day cooling off period, pursuant to the Railway Labor Act ("RLA"), 45 U.S.C. § 160, on 12:01 a.m. on January 30, 2008.

2. Amtrak's response to the Defendant unions' motion to dismiss shall be due on February 11, 2008.

3. New matters may be raised by the Defendants or Amtrak at any time, provided, that notice and a copy of the pleadings shall be provided at least ten (10) calendar days in advance of a requested hearing on an application for preliminary or temporary injunctive relief.

4. The parties agree that any negotiations during the thirty (30) day cooling off period shall be conducted without prejudice to the parties' respective legal positions in this case.

_____
Roland P. Wilder, Jr. (D.C. Bar # 69609)
Stefan P. Sutich (D.C. Bar # 493451)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723

*Counsel for Defendants Brotherhood of
Maintenance of Way Employes, IBT,
Brotherhood of Railway Signalmen,
National Conference of Firemen and Oilers,
American Train Dispatchers Association, and
Passenger Rail Labor Bargaining Coalition*

Dated:   January 10, 2008

_____
Thomas E. Reinert, Jr. (D.C. Bar # 336867)
Jonathan C. Fritts (D.C. Bar # 464011)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Counsel for Plaintiff
National Railroad Passenger Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION**     **Plaintiff,**     v.     **INTERNATIONAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, et al.,**     **Defendants.** | **Civil Action No. 1:07-cv-01888** |

**PROPOSED ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Stay Proceedings During Cooling Off Period on this _____ day of January, 2008 it is hereby ORDERED that:

The proceedings in this case shall be stayed until completion of the thirty (30) day cooling off period, on January 30, 2008, pursuant to the parties' stipulation.

IT IS SO ORDERED.

 

_____
Henry H. Kennedy
United States District Judge