IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NATIONAL RAILROAD PASSENGER CORPORATION

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF MAINTENANCE
OF WAY EMPLOYES, et al.,

    Defendants.

Civil Action No.
1:07-cv-01888

---

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate to the voluntary dismissal of this action, without prejudice. Each party will bear its own costs, attorney's fees, and expenses.

                                                    Respectfully submitted,

_/s/ Roland P. Wilder_____                     _/s/ Thomas E. Reinert_____
Roland P. Wilder, Jr. (D.C. Bar # 69609)          Thomas E. Reinert, Jr. (D.C. Bar # 336867)
Stefan P. Sutich (D.C. Bar # 493451)             Jonathan C. Fritts (D.C. Bar # 464011)
BAPTISTE & WILDER, P.C.                            MORGAN, LEWIS & BOCKIUS LLP
1150 Connecticut Ave., N.W.                          1111 Pennsylvania Avenue, N.W.
Suite 500                                                                   Washington, D.C. 20004
Washington, D.C. 20036                                 (202) 739-3000
(202) 223-0723

*Counsel for Defendants Brotherhood of*             *Counsel for Plaintiff*
*Maintenance of Way Employes, IBT,*               *National Railroad Passenger Corporation*
*Brotherhood of Railway Signalmen,*
*National Conference of Firemen and Oilers,*
*American Train Dispatchers Association, and*
*Passenger Rail Labor Bargaining Coalition*

Dated: January 18, 2008